IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

SHERMAN DIVISION

| | | |
|---|---|---|
| REGINALD DONELL RICE, #1436278 | § | |
| | | |
| VS. | § | CIVIL ACTION NO. 4:08cv276 **Consolidated with** 4:08cv277 and 4:08cv278 |
| | | |
| DIRECTOR, TDCJ-CID | § | |

## ORDER

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Amos L. Mazzant, who issued a Report and Recommendation, which contains proposed findings of fact and recommendations for the disposition of Petitioner's motion for summary judgment (docket entry #49). No objections were filed. The Court is of the opinion that the findings and conclusions in the Report and Recommendation are correct. It is therefore

**ORDERED** that Petitioner's motion for summary judgment (docket entry #49) is **DENIED**.

**SIGNED this 24th day of February, 2010.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE